UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARITA PATTERSON; C.P., <br><br> Plaintiff, <br><br> -against- <br><br> SERGEANT JENKINS SHIELD NO. 730; SERGEANT NEALEY SHIELD NO. 470; OFFICER BROZOSKI SHIELD NO. 7545; OFFICER NEDIEL SHIELD NO. 3530; OFFICER PSAHOS SHIELD NO. 3868; PROSECUTOR SAFIYA SERONE-EDWARDS; PROSECUTOR MELINA LEE SKINNER-CIFUENTES; JUDGE BETSEY JEAN-JACQUES., <br><br> Defendants. | 25 CIVIL 01438 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the February 10, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962.

SO ORDERED.

Dated:    April 8, 2026

New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge